1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   LISA HERRICK, Deputy County Counsel (S.B. #157115)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California 95110-1770                **E-filed 12/8/05**
   Telephone: (408) 299-5900
4

5  Attorneys for Defendants

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 EDDIE TITUS,                    )   No.   C05 01189 JF
                                   )
11        Plaintiff,               )   STIPULATION FOR DISMISSAL WITH
                                   )   PREJUDICE AND ENTRY OF
12 v.                              )   JUDGMENT AND ORDER
                                   )
13 COUNTY OF SANTA CLARA,          )
   PROBATION DEPARTMENT OF THE     )
14 COUNTY OF SANTA CLARA, JOHN     )
   CAVALLI, individually and DOES 1)
15 through 50, inclusive,          )
                                   )
16        Defendants.              )
                                   )
17 _____ )

18                    **STIPULATION**

19      IT IS HEREBY STIPULATED by and between plaintiff, Eddie Titus, and defendants,

20 County of Santa Clara, Probation Department of the County of Santa Clara and John Cavalli,

21 through their undersigned counsel, that the entire action be dismissed with prejudice as to all

22 defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

23      IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter judgment

24 dismissing the entire action with prejudice.

25 //

26 //

27 //

28 //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice and
Entry of Judgment and Order                     1                           C04 04199 JF

1  IT IS FURTHER STIPULATED THAT each party shall bear its own costs and
2  attorneys' fees.
3  Dated: __11/30__, 2005

   _____
   CHARLES A. BONNER
4  Attorney for Plaintiff

6  Dated: __nov 28__, 2005

   _____
   LISA HERRICK
7  Deputy County Counsel

8  Attorneys for Defendants

10                              ORDER

11  THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED,
12  ADJUDGED AND DECREED THAT:
13    1. The entire action be dismissed with prejudice as to all defendants pursuant to Federal
14  Rules of Civil Procedure, Rule 41(a)(1)(ii).
15    2. The clerk shall enter judgment dismissing the entire action with prejudice.
16    3. Each party shall bear its own costs and attorneys' fees.

18  Dated:   12/8/05

   Jeremy Fogel /s/electronic signature authorized
   _____
   JUDGE OF THE DISTRICT COURT

S:\Main\Litigation\Green, Michael\Pleadings\Dismissal_Titus C05-01189JF.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice and
Entry of Judgment and Order                    2                         C04 04199 JF